UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BARRY DEHAVEN,<br><br>　　　　　　Defendant. | CASE NO. C18-5434 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 32. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's Motion for Preliminary Injunction, Dkt. 17, is **DENIED**; and Defendant's Motion for Summary Judgment, Dkt. 12, is **DENIED as moot**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

Dated this 14th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER