UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CURLIN PENNICK III,<br><br>  Plaintiff,<br>  v.<br><br>BARRY DEHAVEN,<br><br>  Defendant. | CASE NO. C18-5434 BHS-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 41. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Defendant's Motion to Dismiss, Dkt. 33, is **DENIED**;

1     (3)    Plaintiff's claims may proceed on their merits; and

2     (4)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for

3     Defendants, and to the Hon. David W. Christel.

4 Dated this 14th day of January, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge