UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

Curlin Pennick III,

                    Plaintiff,

        v.

Barry DeHaven,

                    Defendant.

CASE NO. 3:18-cv-05434-BHS-DWC

ORDER STRIKING SURREPLY

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. On July 2, 2019, Plaintiff Curlin Pennick III filed a surreply to Defendant's Reply to Plaintiff's Response to Defendant's Third Motion for Summary Judgment. Dkt. 89. On July 3, 2019, Defendant filed a Notice of Intent to File a Surreply. Dkt. 90. On July 5, 2019, Defendant filed a surreply and a Motion to Strike Plaintiff's Surreply. Dkt. 91.

Pursuant to Local Rule CR 7(g)(2), surreplies are limited to requests to strike material contained in or attached to a reply brief. "Extraneous argument or a surreply filed for any other reason will not be considered." *Id.*; *see also Herrnandez v. Stryker Corp.*, 2015 WL 11714363, at

*2 (W.D. Wash. Mar. 13, 2015). Plaintiff does not request to strike material contained in Defendant's Reply; rather, he provides additional argument. *See* Dkt. 89. Although Plaintiff contends Defendant raised for the first time in his Reply brief an argument regarding Plaintiff's ability to purchase food through the commissary, Plaintiff's commissary purchases were addressed in Defendant's Third Motion for Summary Judgment and the attached declarations. *See* Dkt. 71 at 6; Dkt. 76-1 (Declaration of Salina Brown), Exhibits 2, 3.

Therefore, the Court grants Defendant's Motion to Strike Plaintiff's Surreply (Dkt. 91) and directs the Clerk to strike Plaintiff's surreply (Dkt. 89). The Court will not consider Docket Entry 89 when ruling on Defendant's Third Motion for Summary Judgment (Dkt. 71).

Dated this 16th day of July, 2019.

David W. Christel
United States Magistrate Judge